UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN THE MATTER OF THE COMPLAINT OF            Case No. 24-C-10
SOUTH BAY MARINE CENTER, INC., D/B/A
SOUTH BAY MARINA, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

---

## ORDER FOR DEFAULT

---

       Plaintiff South Bay Marine Center Inc., doing business as South Bay Marina, as owner of a 2018 24-foot G3 Suncatcher X 24SS pontoon vessel, filed this action pursuant to 42 U.S.C. § 30501, *et seq.*, claiming the right to exoneration from or limitation of liability for all claims for injuries or damages allegedly resulting from an accident that occurred on or about July 1, 2023, on Green Bay, directly accessible from the navigable waters of Lake Michigan, in or near the City of Green Bay, Brown County, Wisconsin. On January 16, 2024, the court directed all persons asserting claims for injuries or damages allegedly resulting from said incident to file their respective claims with the Clerk of Court and serve on the attorneys for South Bay a copy thereof on or before February 15, 2024, or be barred from doing so.

       This matter comes before the court on Plaintiff's motion for order entering defaults. Plaintiff asserts that it published the notice of the complaint for exoneration from or limitation of liability and provided a copy of the notice to all persons, firms, corporations, and other entities with potential claims in accordance with the Orders of this court and Rule F of the Supplemental Rules for Certain Admiralty or Maritime Claims of the Federal Rules of Civil Procedure. Claimant Allanzaquan M. Cook filed a timely claim and answer in this action on February 14, 2024. No other claims or responses have been filed in this case. Plaintiff requests that the court note and enter default as to all other persons, firms, corporations, and other entities claiming injury or

damage caused by or resulting from the incident who have not filed their claims and answers by February 15, 2024, and bar such persons from filing any claims and answers in connection with the incident.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for default (Dkt. No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that default is noted and entered as to all persons, firms, corporations, and other entities claiming injury or damage caused by or resulting from the incident and claiming the right to exoneration from or limitation of liability for all claims for injuries or damages allegedly resulting from said incident, who have not filed their claims in this case.

**IT IS FURTHER ORDERED** that all persons in default are forever barred from filing any claims and/or responses in this proceeding or any other proceeding in any way relating to the aforesaid incident that allegedly occurred on July 1, 2023, involving Plaintiff and the 2018 24-foot G3 Suncatcher X 24SS pontoon vessel.

Dated at Green Bay, Wisconsin this 14th day of March, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge