**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**IN THE MATTER OF THE COMPLAINT OF**
**SOUTH BAY MARINE CENTER, INC., D/B/A**
**SOUTH BAY MARINA, FOR EXONERATION**
**FROM OR LIMITATION OF LIABILITY**

**Case No. 24-C-10**

---

### ORDER GRANTING JOINT MOTION TO LIFT STAY AND GRANTING MOTION FOR ENTRY OF JUDGMENT OF EXONERATION BY DEFAULT

---

This case arose from an accident involving a pontoon vessel owned by South Bay Marine Center, Inc. (hereinafter, "Limitation Plaintiff") on or about July 1, 2023. Limitation Plaintiff filed a complaint for exoneration from or limitation of liability for damages arising out of the accident. Dkt. No. 1. On February 14, Allanzaquan Cook ("Cook") filed a claim in the matter. Dkt. No. 8. On March 14, 2024, the Court entered an order for default forever barring all persons who had not filed claims in the matter from doing so in the future. Dkt. No. 15. On April 15, 2024, the Court stayed the limitation proceedings while Cook and Limitation Plaintiff pursued settlement in state court. Dkt. No. 24. This matter is before the Court on the parties' joint motion to lift stay (Dkt. No. 32) and on Limitation Plaintiff's motion for entry of default judgment of exoneration against all non-appearing parties and non-asserted claims (Dkt. No. 33).

Having considered the motion and the entire record in this matter, the Court hereby **GRANTS** the joint motion to lift stay and directs the Clerk to reopen the case.

The Court further **ORDERS** entry of a judgment of exoneration by default in favor of Limitation Plaintiff. The Clerk is directed to enter a judgment of exoneration by default against all non-appearing parties and non-asserted claims.

Dated at Green Bay, Wisconsin this 30th day of June, 2026.

_____
William C. Griesbach
U.S. District Judge